UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ALICEA, *on behalf of himself and others similarly situated*,<br><br>                      *Plaintiff*,<br><br>-against-<br><br>LYNN GROUP, INC. and TACONIC BUILDERS, INC.,<br><br>                      *Defendants*. | Case No. 1:24-cv-05926-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated:    December 19, 2024
            New York, NY

| **LAW OFFICE OF MOHAMMED GANGAT** | **JACKSON LEWIS P.C.** |
|---|---|
| By: _/s/ Mohammed Gangat_<br>Mohammed Gangat, Esq.,<br>675 Third Avenue, Suite 1810,<br>New York, NY 10017<br>(718) 669-0714<br>mgangat@gangatpllc.com<br><br>*Attorney for Plaintiffs* | By:  /s Adam S. Gross<br>Adam S. Gross, Esq.,<br>666 3rd Avenue, 29th Floor<br>New York, New York<br>(212) 545-4000<br>Adam.Gross@Jacksonlewis.com<br><br>*Attorney for Defendants* |

**SO ORDERED.**

_Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**
Dated: December 20, 2024
       New York, New York